JAVON STEPHON HARRIS #123545
Name and Prisoner/Booking Number

ARIZONA STATE PRISON COMPLEX - EYMAN /SMU-1
Place of Confinement

P.O. BOX 4000 3-D-25
Mailing Address

FLORENCE, ARIZONA 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ☐ LODGED

**Jan 24 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

JAVON STEPHON HARRIS,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) CENTURION MEDICAL,
(Full Name of Defendant)
(2) DR. JOHNSON, CHRISTOPHER,
(3) _____,
(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-20-00186-PHX-GMS-MHB
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
"JURY TRIAL DEMANDED"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: EYMAN COMPLEX UNIT SMU-1, FLORENCE, AZ

Revised 3/11/16

1

550/555

### B. DEFENDANTS

1. Name of first Defendant: __DR. JOHNSON, CHRISTOPHER~~Guba&gchop~~__. The first Defendant is employed as: __(PROVIDER) DOCTOR__ at __EYMAN COMPLEX__.
   (Position and Title)                (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

### C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

### D. CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: ELGTH AMENDMENT DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEED.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SEPT. 13TH OF 2019 PLANTIFF J. HARRIS WAS WAITING ON MEDICATION TO BE DELIVERED, AFTER THIS LONG WAIT FOR MORNING DOSE AT 2:30 PM. PLANTIFF GOT MEDS AND NOTICED PLANTIFF DIDN'T HAVE THERE "ESTRODIAL" AN HORMONE FOR TRANSGENDERS. NURSE SHAW STATED "THEY KNEW PLANTIFF HAS BEEN ON MEDICATION FOR OVER A YEAR AND IT WAS DISCONTINUED PLANTIFF ASKED WHY? NURSE SHAW STATED THAT PSYCH AND MEDICAL HAD CUT IT OFF! PLANTIFF ASKED FOR PSYCH AND GOT THE RUN AROUND. AFTER TWENTY MINUTES OR SO, PLANTIFF STATED THEY WAS HEARING VOICES AND SEEING THINGS AND FELT SUICIDAL. NURSE SHAW ATTEMPTED TO GET INMATE TO THE HEALTH UNIT, ONLY TO RETURN AND STATE THAT THE DEFENANT DR. JOHNSON AND PSYCH SAID THEY WOULD SEE ME LATER. THEN PLANTIFF STUFFED A PENCIL AND MILK CARTON INTO PENIS TO SHUTDOWN URINAL TRACT IN KIDNEY'S. ALSO HAD SWALLOWED TWO BATTERIES. NURSE SHAW HAD FINISHED DELIVERING MEDS AND GOT PLANTIFF DOWN TO THE HEALTH UNIT TWO HOURS LATER. WHERE PLANTIFF COULDN'T URINE AND WAS IN PAIN BLEEDING FROM PENIS. AFTER BEING BROUGHT TO HEALTH UNIT, PLANTIFF WASN'T EXAMINE ONLY TO GET PLACED ON WATCH EVEN **AFTER** DEFENDANT JOHNSON STATED I.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   ONGOING PAIN FOR A MONTH AND HALF IN PENIS AND NOW I SUFFER HAVING ULCERS THROWING UP BLOOD.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

④

## COUNT ONE (CONT)

1) STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: <u>EIGTH AMENDMENT DELIBRATE INDIFFERENCE TO A SERIOUS MEDICAL NEED.</u>

2. COUNT ONE IDENTIFY THE ISSUE INVOLVED, CHECK ONLY ONE. STATE ADDITIONAL ISSUES IN SEPARATE COUNTS.
☐ BASIC NECESSITIES   ☐ MAIL   ☐ ACCESS TO THE COURTS   ☒ MEDICAL CARE
☐ DISCIPLINARY PROCEEDINGS ☐ PROPERTY ☐ EXERCISE OF RELIGION ☐ RETALIATION
☐ EXCESSIVE FORCE BY AN OFFICER ☐ THREAT TO SAFETY ☐ OTHER _____

3. SUPPORTING FACTS.

KNOWING PLANTIFF HAD STUFFED OBJECTS TO SHUT DOWN KIDNEYS TO DIE AND SWALLOWING OPENED BATTERIES, DEFENDANT DR. JOHNSON AND PSYCH LUFFMAN ASSISTED SHOULD BE ON WATCH. DEFENDANT DID NOT HELP PLANTIFF IN NO WAY. ALL THE PAIN AND SUFFERING PLANTIFF HAD TO SUFFER. ONLY CAUSE DEFENDANT DR. JOHNSON STATED DO NOT SEND OUT UNTIL TWENTY FOUR HOURS IF CAN NOT URINE. PLANTIFF BLEED, STAYED IN PAIN FOR TWENTY SIX HOURS BEFORE SENT TO HOSPITAL. TWO EMERGENCY SURGERIES WAS NEED AND PAIN MEDS WAS ISSUED. NURSE BAILEY HAD MADE THE CALL TO GET PLANTIFF OUT FOR SURGERY. DEFENDANT DR. JOHNSON CHOSE TO IGNORE THAT SURGERY WOULD BE NEEDED AND KNOWING BECAUSE OF HIS PROFESSION IGNORE THAT THE BATTERIES WILL CAUSE AN ULCER BECAUSE OF LEAKAGES OF THE MATERIAL IN BATTERY. THIS CAUSE GREAT PAIN. NURSE SHERWOOD RELIED THE MESSENGE THE DOCTOR SAID WAIT TWENTY FOUR HOURS BEFORE SEEKING HELP FOR PLANTIFF. THE NEXT DAY NURSE BAILEY MADE CALLS AND GOT PLANTIFF TO HOSPITAL. PLANTIFF SUFFERED AN ULCER                (3-A)

### E. REQUEST FOR RELIEF

State the relief you are seeking:
DAMAGES FOR PAIN AND SUFFERING OF AN DELIBERATE INDIFFERENCE ON AN SERIOUS MEDICAL NEED. WHERE AS A SURGERY TWICE WAS REQUIRED AND DELAYED BY CENTURION EMPLOYEE THE DEFENDANT DR. JOHNSON. COMPENSATORY DAMAGES OF $500,000.00 EMOTIONAL DISTRESS AND PAIN AND SUFFER BY AN EIGHT AMENDMENT VIOLATION TO FEDERAL CIVIL RIGHTS DEFENDANT JOHNSON, C. INDIVIDUAL CAPACITY AND CENTURION OCCUPATIONAL CAPACITY $500,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-22-20
             DATE                                          SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.