Stacy Scheff #028364
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611
Tucson, AZ 85717
Ph: (520) 471-8333 – Fax: (520) 300-8033
Email: Stacy.Scheff@gmail.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Javon Stephon Harris, | ) Case No.: 2:20-cv-00186-GMS-MHB )  |
| Plaintiff, | ) ) **NOTICE OF APPEARANCE** |
| v. | ) ) |
| Centurion Medical, et. al., | ) ) |
| Defendants. | ) ) |

The Law Office of Stacy Scheff hereby enters its appearance for the Plaintiff, Javon Harris.

RESPECTFULLY SUBMITTED this 17th day of December, 2020.

_____

Stacy Scheff

Delivered via AZDC-ECF
to all registered participants

1